IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EARLETTE CHISM and**  **PLAINTIFFS**
**DAQUARIUS CHISM**

v.   CASE NO. 4:23-CV-00501-BSM

**STEVEN MONTRELL BARNEY and**
**OLD DOMINION FREIGHT LINE, INC.**   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of December, 2024.

_/s/ Brian S. Miller_
UNITED STATES DISTRICT JUDGE